AO 106 (Rev. 04/10) Application for a Search Warrant

# United States District Court
### for the
### Western District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address.)*

Apple iPhone

Case No. 19-mj-1107

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached and incorporated herein by reference.

located in the Western District of New York, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, which is attached and incorporated herein by reference.

The basis for search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of 18 U.S.C. §§ 2251(a), 2422(b), and 2252A(a)(5)(B) *[statutory violation(s)]*.

The application is based on these facts:

- ☒ continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

CHAD W. ARTRIP
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   September 17, 2019

_____
*Judge's signature*

HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

City and state:   Buffalo, New York

## ATTACHMENT A

### Property to Be Searched

One (1) Apple IPhone 7 Plus cellular telephone, in a red and black case, model A1661, Federal Communications Commission Number BCG-E3087A, located at the Office of the Chautauqua County Sheriff, 15 E. Chautauqua Street, Mayville, New York 14757, depicted as follows:

 



## ATTACHMENT B

### Schedule of Items to be Searched for and Seized

This Warrant authorizes law enforcement agents and officers to image and search the **Electronic Device** specified in **Attachment A**, to search for and seize evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 2251(a), 2422(b), and 2252A(a)(5)(B) ("Target Offenses"), described as follows:

1.      Images of child pornography;

2.      Communications, whether by email, SMS, messaging through an app, or other means, regarding child pornography or sex with a minor;

3.      Location data for the Electronic Device at any time that anything in Items 1 or 2 of this Schedule was received by, sent from, or stored on the Electronic Device;

4.      Evidence of user attribution showing who used or owned the Electronic Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Chad W. Artrip, being first duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Buffalo, NY Field Office, Jamestown, New York Resident Agency.  I have been employed as a Special Agent of the FBI since October 2007.  As part of my assignment, I am responsible for investigating, among other things, the possession and production of child pornography.  As a Federal Agent, I am authorized to investigate violations of laws of the United States, including Production of Child Pornography in violation of Title 18, United States Code, Section 2251(a), Sexual Enticement of a Child in Violation of Title 18, United States Code, Section 2422, and Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B).  As part of these duties, I have become familiar with the manner in which subjects exploit children for sexual purposes, including how they (1) recruit victims; (2) groom victims; and (3) use social networking sites to communicate with victims and other subjects in order to facilitate their unlawful activities.

2.   I make this affidavit in support of an application for a search warrant, pursuant to Rule 41 of the Federal Rules of Criminal Procedure, to search the following property where your affiant believes evidence of violations of 18 U.S.C. §§ 2251(a), 2422(b), and 2252A(a)(5)(B) ("Target Offenses") will be found:

a.   One (1) Apple IPhone 7 Plus cellular telephone, in a red and black case, model A1661, Federal Communications Commission Number BCG-E3087A, located

1

at the Office of the Chautauqua County Sheriff, 15 E. Chautauqua Street, Mayville, New York 14757 (hereinafter, "Subject iPhone").

3.     The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers involved in this investigation, and upon my training and experience. Because this affidavit is being submitted for the limited purpose of seeking a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of the Target Offenses exists at the accounts to be searched.

## II.   THE INVESTIGATION AND FACTUAL BASIS

4.

5.



6.

7.

8.



9.

A.

10.



11.

B.

12.



13. 



14. 







15.



C.

16.

17.

18.



19.

20.

21.







D.   █████████████████████

22.  ████████████████████████████████

█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████

23.



24.

25.



E.

26.

27.

28.



29.

30.

31.

████████████████████████████████

## III.   CONCLUSION

32.    Based upon the above information, I believe that probable cause exists to believe there has been a violation of the Target Offenses, and that there is probable cause to believe that on the Subject iPhone,  which is further described in Attachment A, there are located those items set out in Attachment B.

## VI.   REQUEST FOR SEALING

33.    The facts recited herein reveal the identity of a minor victim who has a right to be treated with respect for her dignity and privacy under 18 U.S.C. § 3771(a)(8). Accordingly, pursuant to 18 U.S.C. § 3509(d)(2), I submit this affidavit in support of application for search warrant with ¶¶ 4-31 to be filed under seal.

Chad W. Artrip, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me

this _17TH_ day of September, 2019.

HON. JEREMIAH J. McCARTHY
United States Magistrate Judge